**Order filed January 10, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00965-CV

———————

### WALIAKBAR MUHAMMAD, Appellant

### V.

### ALBERTO CHUC-ROSALES, Appellee

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1094566**

## ORDER

No reporter's record has been filed in this case. Court reporter Kevin J. Bruzewski informed this court that appellant has not made arrangements to pay for the reporter's record. On November 6, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment or arrangements to pay for the record. *See* Tex. R. App. P. 37.3(c). No response has been received.

Accordingly, we order appellant to file a brief in this appeal by **February 11, 2019**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM